# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAWRENCE E. SCHWIGER,

    Petitioner,

vs.

JACK PALMER, *et al.*,

    Respondents.

3:09-cv-0454-LRH-VPC

**ORDER**

The Court previously granted petitioner sixty days beyond the time an order was entered deciding his motion to reopen filed in Case No. 3:07-382-LRH-RAM. The Court having taken note of entry of such an order on February 8, 2010,

**IT IS THEREFORE ORDERED** that the amended petition in this matter shall be filed no later than April 9, 2011. Thereafter, respondents shall have 45 days to file their answer or other response.

DATED this 17th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE