# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE E. SCHWIGER., | Case No. 3:09-cv-00454-LRH-VPC |
| Petitioner, | |
| v. | **ORDER** |
| JACK PALMER, *et al.*, | |
| Respondents. | |

This closed habeas matter is before the Court on Petitioner Lawrence E. Schwiger's Motion Requesting Copy of ECF No. 30 (ECF No. 82) and Motion Requesting Electronic Copies (ECF No. 86).

Schwiger requests electronic copies of filings of two closed habeas cases as well as a case that appears to be filed in the Ninth Circuit Court of Appeals.[1] (ECF Nos. 82, 86.) There is a per-page charge for copy work. Pursuant to 28 U.S.C. § 1914, the Judicial Conference adopted a schedule of fees for copying services provided by the United States Courts. A fee of $.50 per page is charged for court staff to reproduce any record or paper filed in a case. Reproducing and transmitting a copy of an electronic record outside of the court's electronic case management system, including but not limited to document files, audio recordings, and video recordings are $31 per record.

An inmate has no constitutional right to free photocopying. *See Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Nothing in federal law, the Federal Rules of Civil Procedure, the Local Rules of Practice, or established case law authorizes federal courts to waive or finance copy fees in closed habeas cases. *See* LSR 1-6 (stating that *in forma pauperis* status does not waive a party's "responsibility to pay the expenses of litigation that are not covered by 28 U.S.C. § 1915,"

---

[1] Schwiger's request for copies for his case filed in the Ninth Circuit Court of Appeals should be directed to that court.

which does not provide for copies). Federal courts do not allow prisoners or any other litigants to accrue copy fees. Payment for copy fees is required at the time a request is made. *See* LR IC 1-1(i)(5) (providing that paper copies of filed documents may be obtained from the clerk's office after payment of copying fees). Schwiger is advised that payment is required for all copies of documents contained in the Court's docket.

It is therefore ordered that Petitioner Lawrence E. Schwiger's Motion Requesting Copy of ECF No. 30 (ECF No. 82) is denied.

It is furthered ordered that Schwiger's Motion Requesting Electronic Copies (ECF No. 86) is denied.

DATED this 25th day of July 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE